UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMAAL FOSTER and ANTIWON BROWN, Individually And On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>A-1 QUALITY LABOR SERVICES, LLC and WILLIAM J. FOSTER, III,<br><br>　　　　　　Defendants. | )<br>)<br>)<br>)<br>) CIVIL ACTION FILE NO.<br>) 1:11-CV-03342-JEC<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day, I served **PLAINTIFF ANTIWON BROWN'S RESPONSES AND OBJECTIONS TO DEFENDANT A-1 QUALITY LABOR SERVICES, LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS** upon counsel of record in this matter by depositing a copy of same in the United States mail with adequate postage thereon, addressed as follows:

Anandhi S. Rajan
Andrae P. Reneau
SWIFT, CURRIE, McGHEE & HIERS, LLP
The Peachtree, Suite 300
13 55 Peachtree Street, NE
Atlanta, Georgia 30309

This 26th day of March, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Mitchell D. Benjamin
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 049888

BILLIPS & BENJAMIN, LLP
One Tower Creek
3101 Towercreek Parkway, Suite 190
Atlanta, Georgia. 30339
(770) 859-0751　　Telephone
(770) 859-0752　　Facsimile
benjamin@bandblawyers.com